UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br>DIEGO CHAVEZ GARCIA,<br>                              Defendant. | Case No. 2:16-cr-00265-GMN-CWH<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion to Modify Conditions of Release (ECF No. 637), filed May 21, 2018. The Government filed its Response (ECF No. 352) on June 1, 2018. The Court conducted a hearing in this matter on June 13, 2018.

The Defendant requests the Court modify his conditions of pretrial release, in order to remove GPS monitoring which includes curfew as a requirement. The Defendant further represents that he has been compliant with his release conditions and has been reporting as directed. ECF No. 637. The Government argues Defendant's request should be denied because Defendant is a flight risk and danger to the community without such monitoring. The Government also contends Defendant's prohibition from having contact with other Vagos Outlaw Motorcycle Gang ("Vagos OMG") members, including members of his family that are or were Vagos OMG members should remain in place. ECF No. 652.

On June 13, 2018 the Court found good cause to remove the location monitoring condition and granted Defendant's request. With respect to the no contact requirement, the Court granted the Government one (1) week to present any evidence that the Defendant's brothers have had ongoing involvement with Vagos OMG, or have engaged in any type of illegal activity as related to the Vagos OMG. The Government filed its Supplemental Response (ECF No. 265) and indicated it had no evidence to present at this time. Thus, the Court finds good

1

cause to grant Defendant's request that he be permitted contact with his brothers. However, the condition that Defendant shall have no contact with other Vagos OMG members shall remain in force. Accordingly,

**IT IS HEREBY ORDERED** Defendant's Motion to Modify Conditions of Release (ECF No. 637) is further **granted** as follows: the condition that Defendant have no contact with members of the Vagos OMG is modified to permit Defendant to have contact with his brothers.

Dated this 22nd day of June, 2018.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE