KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074
IVETTE AMELBURU MANINGO, ESQ.
Nevada Bar No. 7076
THE LAW OFFICES OF IVETTE AMELBURU MANINGO
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
Telephone: 702.793.4046

*Attorneys for Diego Garcia*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>DIEGO GARCIA,<br><br>Defendant. | CASE NO.: 2:16-cr-265-GMN-CWH<br><br>**STIPULATION FOR DEFENDANT DIEGO GARCIA TO TRAVEL** |

IT IS HEREBY STIPULATED and AGREED by and between his attorneys of record, Kathleen Bliss, Esq., and Ivette A. Maningo, Esq., and Daniel R. Schiess, Assistant United States Attorney, that the Court enter an order allowing Defendant Diego Garcia to travel from his residence in the Northern District to the Central District of California. The travel from one intrastate district to another would also put Mr. Garcia outside of his court-imposed curfew hours.

Specifically, Mr. Garcia requests that he be allowed to travel from his home in San Jose, California, to Universal Studios in Universal City, California, so that he can vacation with his family. He would leave on on May 17, 2019 with his wife and children, driving in the family car, and would return to San Jose on May 21, 2019, with his family in the family car.

Mr. Garcia has fully complied with his conditions of pretrial release, and Pretrial Services

has no opposition.

Based on the foregoing, Mr. Garcia respectfully requests that this Court approve his travel.

Dated this 3rd day of May 2019

/s/ Kathleen Bliss
Kathleen Bliss, Esq.
Kathleen Bliss Law PLLC
1070 W. Horizon Ridge Parkway
Suite 202
Henderson, NV 89012

/s/ Daniel R. Schiess
United States Attorney's Office
District of Nevada
501 South Las Vegas Blvd.
Suite 1100
Las Vegas, NV 89101

ORDER ALLOWING TRAVEL

The Court, having reviewed the stipulation of the parties to allow defendant to travel with his family from one federal district to another, both within the State of California, with no objection by the United States Pretrial Services Officer, hereby FINDS good cause to approve defendant's travel.

It is hereby ORDERED that defendant Diego Garcia may travel on the dates proposed and as stipulated by the parties, from May 17, 2019, to May 21, 2019.

May 6, 2019
Date:

_George Foley Jr._
United States Magistrate Judge